UNITED STATES of America,
Appellee,

v.

German OCAMPO–MURILLO, also known as German Murillo, also known as Francisco Torres–Figueroa, also known as German Leonardo, Appellant.

No. 11–1889.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 10, 2011.

Filed: Aug. 11, 2011.

Robert Merrell Butler, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Joanne M. Lilledahl, Federal Public Defender's Office, Cedar Rapids, IA, for Appellant.

German Ocampo–Murillo, Marengo, IA, pro se.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

German Ocampo–Murillo pled guilty to reentering the United States unlawfully after having been deported following conviction for an aggravated felony, a violation of 8 U.S.C. § 1326(a) and (b). The district court[1] sentenced him to 57 months' imprisonment, the bottom of the undisputed advisory Guidelines range. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is unreasonable and that the district court abused its discretion in declining to recommend to the Bureau of Prisons (BOP) that Ocampo–Murillo participate in its 500–hour drug-treatment program.

We conclude that the district court committed no procedural error at sentencing and did not impose a substantively unreasonable sentence. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc). We further conclude that the district court did not abuse its discretion in declining to recommend the 500–hour drug-treatment program, especially given the lack of evidence of recent substance abuse by Ocampo–Murillo. *See* 18 U.S.C. § 3621(b) ("The [BOP] shall make available appropriate substance abuse treatment for each prisoner [it] determines has a treatable condition of substance addiction or abuse.").

Having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issue. Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the district court.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.